UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FRANCIS A. SAVOY,                                                                          1:24-cv-01978

                            Plaintiff,
-against -                                                                                                **ORDER ON SUBTITUTION
                                                                                                                       OF COUNSEL**

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF TRANSPORTATION, NEW
YORK CITY DEPARTMENT OF PARKS &
RECREATION, NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION, GOVERNORS
ISLAND CORPORATION, d/b/a THE TRUST FOR
 GOVERNORS ISLAND, LIRO PROGRAM AND
CONSTRUCTION MANAGEMENT, PE, PC, AND
REICON GROUP, LLC,

                            Defendants.
-------------------------------------------------------------------x

        Defendants THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, NEW YORK CITY DEPARTMENT OF PARKS & RECREATION, and the NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION hereby substitute as counsel the law firm of FREEHILL, HOGAN & MAHAR, LLP, 80 Pine Street, New York, New York 10005, in place and instead of the law firm of the Corporation Counsel, 100 Church Street, New York, New York 10007.

        PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address

indicated below, as counsel for Defendants.

Dated: New York, New York
June 20 2024

                        Respectfully submitted,

                        _____
                        John F. Karpousis, Esq.
                        Freehill, Hogan & Mahar, LLP
                        80 Pine Street
                        New York, New York 10005
                        T: (212) 425-1900 | Fax: (212) 425-1901
                        Attorneys for Defendants, All City Entities
                        E-Mail: karpousis@freehill.com


                        /s/Michelle L.Moeshe
                        Michelle L. Moshe, Esq.
                        Corporation Counsel
                        100 Church Street
                        New York, New York 10007
                        E-Mail: mimoshe@law.nyc.gov


        **VIA ECF and E-MAIL**
TO:   Nicholas P. Giuliano, Esq.
       Giuliano McDonnell & Perrone LLP
       *Attorney for Plaintiff*
       170 Old Country Road – Suite 608
       Mineola, NY 11501
       T: 646) 328-0120
       E-Mail: ngiuliano@gmplawfirm.com


**S O  O R D E R E D :**

_____
Gary Stein
United States Magistrate Judge

Dated: June 21, 2024
New York, New York

2

*AFFIDAVIT OF SERVICE*

Antoinette Taute, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at 80 Pine Street, New York, New York 10005. On June 20, 2024, 2011,deponent served the within **SUBSTITUTION OF COUNSEL** upon:

**VIA ECF and E-MAIL**

TO:   Nicholas P. Giuliano, Esq.
      Giuliano McDonnell & Perrone LLP
      *Attorney for Plaintiff*
      170 Old Country Road – Suite 608
      Mineola, NY  11501
      T:  646) 328-0120
      E-Mail:  ngiuliano@gmplawfirm.com

      Michelle L. Moshe, Esq.
      Corporation Counsel
      100 Church Street
      New York, New York  10007
      E-Mail:  mimoshe@law.nyc.gov

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York and by ECF.

                                                                           _____
                                                                            John F. Karpousis

Sworn to before me on his 20th day
of  June, 2024

_____
           NOTARY PUBLIC

KATHERINE FRANCES MALLING
NOTARY PUBLIC, State of New York
No. 01MA0007010
Qualified in Queens County
Commission Expires May 5, 2027

3