UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCIS A. SAVOY,

                      Plaintiff,

      -against-

CITY OF NEW YORK, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

24 Civ. No. 1978 (DEH) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      As stated during yesterday's Initial Case Management Conference, by **August 12, 2024**, the parties are directed to jointly inform the court via letter about their efforts to establish who the proper parties are to this matter. Further, the Court will hold a video status conference **via Microsoft Teams on Wednesday, September 11, 2024 at 3:00 p.m.** Prior thereto, the parties must submit a joint status letter on or before **Monday, September 9, 2024**. Counsel is directed to join the conference using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [296 736 497 282] Passcode: [FpAy6K]**.

      SO ORDERED.

DATED:    New York, New York
               July 12, 2024

                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge