# *Giuliano McDonnell & Perrone, LLP*

|  |  |  |
|---|---|---|
| **New Jersey Office**<br>2001 US Hwy 46<br>Suite 310<br>Parsippany, NJ 07054<br>Tel: (973)-302-0120<br>Fax: (973)-302-0121<br><br>Reply to Long Island | **Long Island Office**<br>170 Old Country Road, Suite 608<br>Mineola, New York 11501<br>Tel: (516) 214-8448<br>Fax: (516) 414-7905<br><br>**New York City Office**<br>5 Penn Plaza, 23rd Floor<br>New York, New York 10001<br>Tel: (646) 328-0120<br>Fax: (646) 328-0121<br>www.gmplawfirm.com | **Florida Office**<br>6615 W. Boynton Beach Blvd.<br>No. 351<br>Boynton Beach, FL 33437<br>Tel: (561) 337-8816<br>Fax: (561) 337-4653 |

July 31, 2025

Magistrate Judge Gary Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:    Francis M. Savoy v. The City of New York, et al.
             Case No. 1:24-cv-01978-DEH-GS
             GMP File No.: X293TP

Dear Magistrate Judge Stein:

      I represent the Plaintiff, Francis M. Savoy, and submit this letter to request a brief extension of time to complete discovery.

      We request an extension of fact discovery from July 31, 2025 to August 6, 2025.

      Since our last request for extension (ECF No. 76), documents were produced on Wednesday, July 30, 2025. No witnesses have been produced for depositions. However, depositions of three Reicon Group, LLC employees are calendared for Monday August 4, 2025. Thus, we respectfully request additional time to complete discovery.

      Extending the deadline for fact discovery will permit the parties to complete the production, review the documents, and complete the three depositions. All of this will take place ahead of the joint status report due to the Court on August 7,

2025, enabling the parties to complete fact discovery and update the Court accordingly.

Tangentially, having briefly reviewed of Reicon Group, LLC ("Reicon")'s Response to Plaintiff's Request For Production of Documents produced on Wednesday July 30, 2025, there may be a discovery dispute which may need to be addressed by the Court. Certain documents referenced in prior productions and the Fed. R. Civ. P. 30(b)(6) deposition of Reicon have not been produced. We will discuss this with counsel for Reicon on August 4, 2025, and attempt to resolve the issue.

If your Honor requires additional information, please contact me.

Very truly yours,

Nicholas P. Giuliano

**To (via ECF):**

John F. Karpousis, Esq.
Freehill Hogan & Mahar, LLP
*Attorneys for Defendants,*
The City of New York and
Governors Island Corporation, d/b/a
The Trust For Governors Island
80 Pine Street, 25th Floor
New York, New York 10005-1759
Tel.: (212) 425-1900
Email: karpousis@freehill.com

Gino A. Zonghetti, Esq.
Kaufman Dolowich Voluck, LLP
*Attorneys for Defendant*
REICON GROUP LLC
Court Plaza North
25 Main Street, Suite 500
Hackensack, NJ 07601
Tel.: (201) 488-6655
Email: gzonghetti@kdvlaw.com

Given the limited amount of time sought for an extension, the application is granted. In addition, the parties note that there may be a looming discovery dispute. The undersigned requires that the parties meaningfully meet and confer before raising any discovery disputes with the Court. Please review the undersigned's individual practice rules for more. The status letter deadline of August 7, 2025 remains in place.

Date: August 4, 2025
      New York, NY

SO ORDERED:

*[signature]*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

2