**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANCIS A. SAVOY,

                             Plaintiff,

             -against-

CITY OF NEW YORK, *et al.,*

                           Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 1978 (DEH) (GS)**

**<u>PRE-SETTLEMENT
CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **<u>Tuesday, February 24, 2026 at 11:30 a.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 853 297 159#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:    New York, New York
          February 9, 2026

                                  _____
                                  The Honorable Gary Stein
                                  United States Magistrate Judge