**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
FRANCIS A. SAVOY,

                     Plaintiff,

           -against-

CITY OF NEW YORK, *et al.,*

                    Defendants.
-------------------------------------------------------------------------X

**24 Civ. 1978 (DEH) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

On May 8, 2026, the Court ordered, on the parties' request, a joint status letter to be filed by May 15, 2026.  The Court has received no such filing.  The parties shall file a joint status letter reporting on the progress of their continued settlement discussions and whether another settlement conference is requested by no later than Thursday, May 21, 2026.

      **SO ORDERED.**

DATED:     New York, New York
              May 18, 2026

                                 _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge